UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-mj-8328-BER

UNITED STATES OF AMERICA

v.

ROBERTO VASQUEZ-RAMIREZ,
a/k/a "Misael Rigoberto Vasquez-Ramirez,"

_____Defendant._____/

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?     NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    NO

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  NO

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   NO

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   *Shannon O'Shea Darsch*
SHANNON O'SHEA DARSCH
Assistant United States Attorney
Florida Bar No. 68566
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1027
Shannon.darsch@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Roberto Vasquez-Ramirez,<br>a/k/a "Misael Rigoberto Vasquez-Ramirez,"<br><br>*Defendant(s)* | Case No. 25-mj-8328-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 15, 2025** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:
See Attached Affidavit

FILED BY **TM** D.C.
Jun 17, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: _____

Digitally signed by Bruce Reinhart
Date: 2025.06.17 14:15:21 -04'00'
*Judge's signature*

City and state: **West Palm Beach, FL**    **Hon. Bruce E. Reinhart, U.S. Magistrate Judge**
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Roberto VASQUEZ-RAMIREZ, also known as Misael Rigoberto VASQUEZ-RAMIREZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about June 15, 2025, Roberto VASQUEZ-RAMIREZ was arrested in Palm Beach County, Florida on charge of driving under the influence. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Roberto VASQUEZ-RAMIREZ is a native and citizen of Guatemala. Records further show that on or about August 31, 2012, Roberto VASQUEZ-RAMIREZ was ordered removed from the United States. The Order of Removal was executed on or about September 19, 2012, whereby Roberto VASQUEZ-RAMIREZ was removed from the United States and returned to Guatemala.

5. Roberto VASQUEZ-RAMIREZ's fingerprints taken in connection with his June 15, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Roberto VASQUEZ-RAMIREZ.

6. A record check was performed in the Computer Linked Application Informational Management System to determine if Roberto VASQUEZ-RAMIREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Roberto VASQUEZ-RAMIREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7.     Based on the foregoing, I submit that probable cause exists to believe that, on or about June 15, 2025, Roberto VASQUEZ-RAMIREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of June 2025.

Digitally signed by Bruce Reinhart
Date: 2025.06.17 14:15:39 -04'00'

_____
HON. BRUCE. E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Roberto Vasquez-Ramirez, a/k/a "Misael Rigoberto Vasquez-Ramirez"

**Case No**: _____

Count #: 1

Illegal re-entry into the United States after deportation or removal

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment**:   up to 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** up to 1 year
* **Max. Fine:** up to $250,000
* **Special Assessment:** $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**